IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES HILL, :
:
    Plaintiff(s) :
: Case Number: 1:05cv340
vs. :
: District Judge Susan J. Dlott
REGINALD WILKINSON, et al, :
:
    Defendant(s) :

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Hogan filed on June 14, 2005(Doc. 16), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 1, 2005, hereby ADOPTS said Report and Recommendations.

IT IS ORDERED THAT plaintiff's motion for issuance of a temporary restraining order and/or preliminary injunction is hereby DENIED.

IT IS SO ORDERED.

                                                                            s/Susan J. Dlott
                                                                            Susan J. Dlott
                                                                            United States District Judge