IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JAMES HILL, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:05cv340 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| REGINALD WILKINSON, et al, : | |
| : | |
| Defendant(s) : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Hogan filed on September 6, 2006(Doc. 26), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 16, 2005, hereby ADOPTS said Report and Recommendations.

Plaintiff filed a Motion for extension of time to file objections to the Report and Recommendations (Doc. 27) and the Court GRANTED the motion (Doc. 28) extending the time until October 16, 2005 for objections to be filed.  As of this date, Plaintiff has not filed objections and the time has expired.

THEREFORE, IT IS ORDERED that defendants' motion to dismiss (Doc. 24) be GRANTED and Plaintiff's complaint be DISMISSED without prejudice.

IT IS SO ORDERED.

    s/Susan J. Dlott
Susan J. Dlott
United States District Judge