UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES HILL,
    Plaintiff,

vs.

REGINALD WILKINSON, et al.,
    Defendants.

Case No. 1:05-cv-340

**ORDER**
(Dlott, J.; Hogan, M.J.)

This matter is before the Court on plaintiff's motion for reconsideration of the Court's Order of October 27, 2005 granting defendants' motion to dismiss the complaint for lack of exhaustion of administrative remedies under the Prison Litigation Reform Act (Doc. 31), and defendants' memorandum in opposition. (Doc. 32).

As a general rule, motions for reconsideration are not favored unless the movant demonstrates: "(1) a manifest error of law; (2) newly discovered evidence which was not available previously to the parties; or (3) intervening authority." *Meekison v. Ohio Dept. of Rehabilitation and Correction*, 181 F.R.D. 571, 572 (S.D. Ohio 1998) (citing *Harsco Corp. v. Zlotnicki*, 779 F.2d 906, 909 (3d Cir. 1985), *cert. denied*, 476 U.S. 1171 (1986)). Plaintiff has not alleged any facts or cited any legal authority which suggests that reconsideration of the Court's Order of dismissal is warranted. If plaintiff wishes to obtain review of the Court's decision, he must pursue an appeal to the United States Court of Appeals for the Sixth Circuit.

Accordingly, it is hereby **ORDERED** that plaintiff's motion for reconsideration is **DENIED**.

    IT IS SO ORDERED.

Susan J. Dlott
United States District Judge